No. 85–561. JONES ET AL. *v.* LIGHTNER, DBA LIGHTNER AUTO SALES. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

No. 84–1794. GERACE, COMMISSIONER, NEW YORK DEPARTMENT OF AGRICULTURE AND MARKETS, ET AL. *v.* GROCERY MANUFACTURERS OF AMERICA, INC., ET AL. Appeal from C. A. 2d Cir. Motion of Federation of Homemakers, Inc., for leave to file a brief as *amicus curiae* granted. Judgment affirmed. JUSTICE REHNQUIST and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 84–1791. CORPUS CHRISTI PEOPLE'S BAPTIST CHURCH, INC., ET AL. *v.* TEXAS. Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question.

No. 84–1804. WALKER *v.* CITY OF WARREN. Appeal from Ct. App. Mich. dismissed for want of substantial federal question.

No. 84–1841. METHODIST HOSPITAL OF BROOKLYN ET AL. *v.* STATE INSURANCE FUND ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 84–1882. ST. JOSEPH'S HILL INFIRMARY, INC. *v.* PACIFIC CARE CENTER, INC. Appeal from Ct. App. Mo., Eastern Dist., dismissed for want of substantial federal question.